COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-18-00858-CR |
| Style: | Thurston Rickey-Lee Davis v. The State of Texas |
| Date motion filed*: | March 12, 2019 |
| Type of motion: | Notice of Acknowledgement of Substitution of Counsel |
| Party filing motion: | Appellant's appointed counsel, Natalie Lynn Schultz, and retained Counsel, Garrick A. Farria |
| Document to be filed: | Notice to pro se appellant |

Is appeal accelerated?       No.

Ordered that motion is:
- ☑ Granted
- ☐ Denied
- ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
- ☑ Other: _____

   Appellant's appointed counsel's notice of acknowledgement of substitution of counsel, construed with retained counsel's prior notice of appearance as a motion to substitute counsel, is **granted** because they were signed by both new and withdrawing counsel. *See* TEX. R. APP. P. 6.5(d). Accordingly, the Clerk of this Court is **directed** to remove Natalie Lynn Schultz, as counsel for appellant and to designate Garrick A. Farria as lead counsel. Withdrawing counsel Schultz is **ordered** to mail a copy of the notice and this order to the pro se appellant via certified and first-class mail and file notice with the Clerk of this Court within 10 days of the date of this order. *See id.* 6.5(b), (d).

Judge's signature: ____/s/ Justice Evelyn V. Keyes_____
                                x  Acting individually       ☐ Acting for the Court

Date:   __March 19, 2019_____

November 7, 2008 Revision